**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DEMOCRACY FOR THE ARAB WORLD NOW, INC., d/b/a DAWN, TAXPAYER ALLIANCE AGAINST GENOCIDE, TARIK KANAANA, and WILLIAM DOARES,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control,

*Defendants*.

---

**No. 26-cv-5957(JMF)**
Rel. 26-cv-5305(JMF)

---

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declarations of Omar Shakir and Tarik Kanaana, Plaintiffs Democracy for the Arab World Now, Inc., Taxpayer Alliance Against Genocide, Tarik Kanaana, and William Doares will move this Court, pursuant to Federal Rule of Civil Procedure 65(a), for a preliminary injunction enjoining Defendants and their officers, agents, servants, employees, and all other persons in active concert or participation with them from enforcing the speech and associational restrictions imposed by Executive Order 14203 and the designations made pursuant thereto.

1

Plaintiffs further request any other relief as the Court deems just and proper.

Dated: July 23, 2026
       New York, NY

Respectfully submitted,

<u>/s/ Joseph Pace</u>
J. PACE LAW, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
(917) 336-3948
jpace@jpacelaw.com

*Counsel for Plaintiffs*

2