**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEMOCRACY FOR THE ARAB WORLD NOW, INC., d/b/a DAWN, TAXPAYER ALLIANCE AGAINST GENOCIDE, TARIK KANAANA, and WILLIAM DOARES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control,<br><br>*Defendants*. | **No. 26-cv-5957(JMF)**<br>Rel. 26-cv-5305(JMF) |

**DECLARATION OF TARIK KANAANA**

I, Tarik Kanaana, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a plaintiff in this action and president of the Taxpayer Alliance Against Genocide ("TAAG"). Founded in May 2026, TAAG is an unincorporated association currently consisting of ten taxpaying U.S. citizens who reside throughout the United States, including in Manhattan. TAAG was formed (i) to gather and submit evidence to the Office of the Prosecutor of the International Criminal Court ("ICC") documenting how U.S. officials have aided and abetted atrocity crimes abroad, including Israel's commission of war crimes, crimes against

humanity, and genocide in the occupied Palestinian territory ("oPt"), and (ii) to engage in related research, educational, and advocacy efforts in support of accountability for those abuses. TAAG wishes to file ICC submissions not merely to prompt an ICC investigation, but to call attention to atrocity crimes that are not otherwise being investigated and to increase pressure on human rights violators to comply with the law. TAAG is also committed to defending the First Amendment rights of U.S. taxpayers to engage in information sharing with the ICC and to ensure that its members can do so without fear of unconstitutional reprisals by the U.S. Government.

2. I submit this declaration on my own behalf and on behalf of TAAG and its members in support of the motion for a preliminary injunction.

3. I have been actively involved in advocacy for Palestinian rights for several years. In October 2024, I co-founded Taxpayers Against Genocide ("TAG"), a nationwide grassroots collective of thousands of U.S. taxpayers, which was established to hold U.S. officials accountable for illegally using tax dollars to fund genocide and crimes against humanity.

4. I have participated in numerous legal actions aimed at halting the supply of U.S. military aid to Israel, including a federal class-action lawsuit in December 2024, a petition to the Inter-American Commission on Human Rights in May 2025, and a submission to the U.N. Human Rights Council in April 2025.

5. In or around October 2025, I and several of the individuals that would eventually form TAAG began working with legal counsel to prepare an Article 15 submission to the ICC documenting the role of U.S. officials in aiding and abetting Israeli atrocity crimes in Gaza. TAAG members began collecting research for that submission in December 2025.

6. On February 17, 2026, prior to TAAG's formation and while still operating under TAG's umbrella, we submitted a request to the Office of Foreign Assets Control ("OFAC") asking

for confirmation that our proposed ICC submission would not constitute a prohibited "service" under U.S. sanctions law. In the alternative, we requested a specific license. We requested a response by March 2, 2026. To date, OFAC has neither responded to the request for guidance nor acted on the license application.

7. In May 2026, TAAG was formed as a separate entity to continue our ICC work.

8. The submission that TAAG seeks to make sets forth evidence that U.S. officials—including President Trump, members of his administration, and senior congressional leaders—aided and abetted Israel's commission of crimes within the ICC's jurisdiction by, among other things, providing 2,000-pound bombs knowing that they would be used to kill civilians en masse and destroy civilian infrastructure, and by creating militarized aid-distribution centers at which Palestinian civilians were corralled and killed by contractors and IDF soldiers. The contemplated submission draws almost entirely on publicly available, open-source material.

9. TAAG members and their counsel have been diligently working on the ICC submission for more than eight months. The submission is nearing completion; however, TAAG has refrained from finalizing and transmitting the submission to the ICC Prosecutor out of fear that doing so would be construed as an unlawful "service" and expose TAAG's members to civil and criminal penalties under the International Emergency Economic Powers Act.

10. If the Government were enjoined from enforcing Executive Order 14203, TAAG would finalize and file the submission with the ICC as soon as practicable. TAAG would also send a similar submission to UN Special Rapporteur Francesca Albanese, revised as appropriate to suit the needs of her office, and share the evidence it had obtained with the Palestinian human right rights NGOs, Al-Haq, Al Mezan, and the Palestinian Centre for Human Rights.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 21, 2026.

Tarik Kanaana

Tarik Kanaana