J. Pace Law, PLLC

30 Wall Street, 8th Floor
New York, NY 10005
jpace@jpacelaw.com
(917) 336-3948

**VIA ECF**

October 20, 2026

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re. *Democracy for the Arab World Now et al., v. Trump et al.,* No. 26-cv-5957(JMF)
Rel. No. 26-cv-5305(JMF)

Dear Judge Furman,

Plaintiffs in the above-referenced action write on behalf of both parties pursuant to the Court's October 13, 2026 Order to address the "next steps in this litigation—including whether anything remains to be litigated with respect to Plaintiffs' First Amendment claims and, if not, whether the Court should enter a permanent injunction and final judgment consistent with this Opinion and Order." ECF No. 40 at 30.

Defendants have advised that they identify no factual disputes in the existing record pertaining to the First Amendment claim, do not oppose consolidation under Rule 65(a)(2), and consent to entry of a permanent injunction and final judgment consistent with the Opinion and Order, without waiver of any rights on appeal. Plaintiffs agree that there are no factual disputes in the existing record pertaining to the First Amendment claim. However, Plaintiffs respectfully submit that the preliminary injunction, being confined to DAWN and TAAG, is unduly narrow and does not redress their ongoing First Amendment injuries. Plaintiffs also submit that, if the Court concludes that the First Amendment claim does not entitle them to facial or universal injunctive relief, it should reach and decide whether the APA claim entitles them to broader relief.

Accordingly, Plaintiffs request that the Court authorize expedited supplemental briefing on the scope of permanent injunction and permit Plaintiffs to file two declarations addressing ongoing harms in connection with that briefing. The parties have agreed upon the following schedule:

| | |
|---|---|
| Plaintiffs' Supplemental Brief: | October 23, 2026 |
| Defendants' Opposition: | November 2, 2026 |
| Plaintiffs' Reply: | November 6, 2026 |

Should the Court permit the requested supplemental submissions, Plaintiffs would consent to consolidation under Rule 65(a)(2) and to final adjudication of their First Amendment claim on the supplemented record. If the Court deems it necessary to reach the APA claim, the parties request an opportunity to be heard on whether that claim should be consolidated under Rule 65(a)(2).

Respectfully submitted,

/s/ Joseph Pace

*Counsel for Plaintiffs*