**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEMOCRACY FOR THE ARAB WORLD NOW, INC., d/b/a DAWN, TAXPAYER ALLIANCE AGAINST GENOCIDE, TARIK KANAANA, and WILLIAM DOARES,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control,

*Defendants*.

**No. 26-cv-5957(JMF)**
Rel. 26-cv-5305(JMF)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declarations of Omar Shakir and Anna Marie Stenberg, Plaintiffs Democracy for the Arab World Now, Inc., Taxpayer Alliance Against Genocide, Tarik Kanaana, and William Doares will move this Court for (i) an order permanently enjoining all Defendants (except the President) and their officers, agents, servants, employees, and all other persons in active concert or participation with them from enforcing Executive Order 14203 and the regulations and designations made thereunder, against anyone for engaging in First Amendment-protected speech and association;

(ii) in the alternative, an order granting Plaintiffs' application for preliminary injunctive relief on the basis of their APA claim; and (iii) any other relief as the Court deems just and proper.

Dated: October 23, 2026
New York, NY

Respectfully submitted,

/s/ Joseph Pace
J. PACE LAW, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
(917) 336-3948
jpace@jpacelaw.com

*Counsel for Plaintiffs*