**J. Pace Law, PLLC**

30 Wall Street, 8th Floor
New York, NY 10005
jpace@jpacelaw.com
(917) 336-3948

**VIA ECF**

November 1, 2026

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re. *Democracy for the Arab World Now et al. v. Trump et al.,* No. 26-cv-5957(JMF)
Rel. No. 26-cv-5305(JMF)
Correction to Stenberg Declaration

Dear Judge Furman,

I write on behalf of Plaintiff Taxpayer Alliance Against Genocide ("TAAG") to correct an error in the October 23, 2026 declaration of Anna Marie Stenberg. ECF No. 44-2. Paragraph 3 states that "[f]or the past year, [Ms. Stenberg has] taken a lead role in coordinating TAAG's collection of evidence for its Article 15 submission to the ICC[.]" In fact, TAAG was formed in May 2026. The declaration should have stated that, over the past year, Ms. Stenberg has taken a lead role in coordinating the collection of evidence that TAAG is now incorporating into its Article 15 submission.

Respectfully submitted,

/s/ Joseph Pace

*Counsel for Plaintiffs*